UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  　　　　　　　　　　　　　CASE NO. 6:24-cr-83-RBD-RMN
　　　　　　　　　　　　　　　　18 U.S.C. § 2113(a)
DUWANE EDWARD GILMORE

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Attempted Bank Robbery)

On or about July 5, 2023, in the Middle District of Florida, the defendant,

DUWANE EDWARD GILMORE,

did by force and violence, and by intimidation, attempt to take from the person or presence of another, United States currency belonging to and in the care, custody, control, management, and possession of Seacoast Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

### COUNT TWO
### (Bank Robbery)

On or about July 5, 2023, in the Middle District of Florida, the defendant,

DUWANE EDWARD GILMORE,

did by force and violence, and by intimidation, take from the person or presence of another, United States currency belonging to and in the care, custody, control,

management, and possession of Bank of America, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

## **FORFEITURE**

1.　The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c).

2.　Upon conviction of a violation of 18 U.S.C. § 2113(a), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3.　If any of the property described above, as a result of any act or omission of the defendant:

　　a.　cannot be located upon the exercise of due diligence;

　　b.　has been transferred or sold to, or deposited with, a third person;

　　c.　has been placed beyond the jurisdiction of the Court;

　　d.　has been substantially diminished in value; or

　　e.　has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Stephanie A. McNeff
Assistant United States Attorney

By: _____
for Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

3

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

DUWANE EDWARD GILMORE

## INDICTMENT

Violation: 18 U.S.C. § 2113(a)

A

_____
Foreperson

Filed in open court this 3rd day

of April, 2024.

_____
Clerk

Bail  $_____